# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LEXISNEXIS RISK DATA MANAGEMENT INC.,**<br><br>　　Plaintiff,<br><br>v.<br><br>**WENDY ESPINOZA,**<br><br>　　Defendant. | Misc. Action No. CIV-18-639-M<br><br>(Case No. 2:17-cv-01977 pending in the United States District Court for the District of Arizona, Phoenix Division) |

### LEXISNEXIS RISK DATA MANAGEMENT INC.'S MOTION TO QUASH PLAINTIFF'S THIRD-PARTY SUBPOENA

　　Pursuant to Rules 45(c) and 26(c) of the Federal Rules of Civil Procedure, LexisNexis Risk Data Management Inc. ("LNRDM"), through counsel, respectfully requests that this Court quash the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, dated February 9, 2018 issued by the Plaintiff Wendy Espinoza to LNRDM in Case No. 2:17-cv-01977 (D. Ariz.). The reasons in support of the Motion are set forth in the accompanying brief.

　　WHEREFORE, LexisNexis Risk Data Management Inc. respectfully requests that the Court enter an Order quashing the Subpoena issued to LNRDM. Alternatively, LNRDM requests that the Court issue a protective order postponing any further document production until after the parties have completed the July 12, 2018 settlement conference and any additional scheduled settlement conferences.

## LOCAL RULE 37.1 CERTIFICATION

The undersigned counsel certifies that after diligent attempts to resolve their differences, the parties are unable to reach an accord.  Counsel for LNRDM, who resides in Virginia, conferred via telephone with Plaintiff's counsel, who resides in Arizona, regarding these same issues that are presented in Plaintiff's Motion to Compel and further conferred via email with Plaintiff's counsel, while counsel was out of the country, regarding the present Motion to Quash.

Dated: June 29, 2018            **LEXISNEXIS RISK DATA MANAGEMENT INC.**

 s/ Gerald P. Green
Gerald P. Green, OBA No. 3563
Pierce Couch Hendrickson
   Baysinger & Green, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma  73126
Telephone:   (405) 235-1611
Facsimile:    (405) 235-2904
jgreen@piercecouch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of June 2018, I filed the foregoing pleading electronically using the Court's ECF system and also served a copy via electronic and regular U.S. mail on the following counsel of record:

David Ali Chami
Chami Law Firm PLLC
8245 N 85th Way
Scottsdale, AZ 85258
Telephone: (866) 881-2133
Facsimile: (866) 401-1457
Email: david@pricelawgroup.com

Susan Mary Rotkis
Consumer Litigation Associates PLLC - Tucson, AZ
382 S Convent Ave.
Tucson, AZ 85716
Telephone: 520-622-2481
Facsimile: 757-930-3662
Email: srotkis@clalegal.com

*Attorneys for Plaintiff*

Ann Theresa Rossum
John A Vogt
Jones Day - Irvine, CA
3161 Michelson Dr., Ste. 800
Irvine, CA 92612
Telephone: 949-851-3939
Facsimile: 949-553-7539
Email: atrossum@jonesday.com
Email: javogt@jonesday.com

Jonathan Adam Dessaules
Dessaules Law Group
5353 N 16th St., Ste. 110
Phoenix, AZ 85016
Telephone: (602) 274-5400
Facsimile: (602) 274-5401
Email: jdessaules@dessauleslaw.com

*Attorneys for Experian Information Solutions, Inc.*

        s/ Gerald P. Green
Gerald P. Green, OBA No. 3563
Pierce Couch Hendrickson
   Baysinger & Green, L.L.P.
Post Office Box 26350
Oklahoma City, Oklahoma  73126
Telephone:   (405) 235-1611
Facsimile:    (405) 235-2904
jgreen@piercecouch.com

*Counsel for LexisNexis Risk Data Management Inc.*

35549626